**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-7094**

———————

JONATHAN JAMES NEWELL,

  Plaintiff - Appellant,

   v.

NORTH CAROLINA INDUSTRIAL COMMISSION; PHILIP A. BADDOUR; KIMBERLY D. GRANDE; ERIK A. HOOKS; TODD ISHEE; KENNETH BEAVER,

  Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:20-ct-03366-M)

———————

Submitted:  November 1, 2022                    Decided:  February 1, 2023

———————

Before GREGORY, Chief Judge, RICHARDSON and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jonathan James Newell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan James Newell appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(b)(ii).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Newell v. N.C. Indus. Comm'n*, No. 5:20-ct-03366-M (E.D.N.C. July 16, 2021). We deny Newell's petition for an initial hearing en banc. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal without prejudice is a final, appealable order because the district court dismissed the complaint "without granting leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 791, 798 (4th Cir. 2022) (en banc) (published order).

2